```
                              United States Bankruptcy Court
                                  District of Connecticut

In re:                                                              Case No. 14-20216-asd
Jose L. Navarro                                                     Chapter 7
Carmen Y. Navarro
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0205-2          User: admin              Page 1 of 2         Date Rcvd: May 14, 2014
                              Form ID: B18             Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2014.
db/db         +Jose L. Navarro,    Carmen Y. Navarro,    29 King Street,    Hartford, CT 06114-1750
8196971       +CLINICAL LABORATORY PARTNERS, LLC,     PO BOX 415525,    BOSTON, MA 02241-5525
8196972       +DEPARTMENT OF REVENUE SERVICES,    P.O.BOX 5089,    HARTFORD, CT 06102-5089
8196973        DIVERSIFIED CONSULTANTS,    10550 DEERWOOD,    PARK BLVD 309,    JACKSONVILLE, FL 32256
8196974       +EASTERN ACCOUNT SYSTEM, INC.,    75 GLEN RD SUITE 110,    SANDY HOOK, CT 06482-1175
8196977       +HARTFORD FEDERAL CREDIT UNION,    964 ASYLUM AVENUE,    HARTFORD, CT 06105-2462
8196978       +HARTFORD HOSPITAL,    PO BOX 416193,   BOSTON, MA 02241-6193
8196981       +HARTFORD HOSPITAL PROFESSIONAL SVCS,    PO BOX 415933,    BOSTON, MA 02241-5933
8196983       +HHC PHYSICIANSCARE, INC,    PO BOX 417779,    BOSTON, MA 02241-7779
8196984       +HOWARD LEE SCHIFF,    510 TOLLAND STREET,    EAST HARTFORD, CT 06108-2523
8196982        Hartford Pathology Associates,    PO Box 1749,    Hartford, CT  06144-1749
8196986       +LIBERTY MUTUAL GROUP,    JOEL MARC JOLLES,   51 FUNARO ROAD,    HAMDEN, CT 06514-1305
8196988       +NATIONAL RECOVERY AGENCY,    2491 PAXTON STREET,    HARRISBURG, PA 17111-1036
8196990       +RAB PERFORMANCE RECOVERIES, LLC,    410 CENTER STREET,    MANCHESTER, CT 06040-3968
8196999        STATE FARM,    P.O. BOX 3299,   MILWAUKEE, WI 53201-3299
8197000        STELLAR RECOVERY INC,    1327 HIGHWAY 2W,    SUITE 100,    KALISPELL, MT 59901
8197001        US BANK HOME MORTGAGE,    17500 ROCKSIDE ROAD,    BEDFORD, OH 44146-2099
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +EDI: ATLASACQU.COM May 14 2014 18:28:00      Atlas Acquisitions LLC,    Attn: Avi Schild,
                294 Union Street,    Hackensack, NJ 07601-4303
8206837       +EDI: ATLASACQU.COM May 14 2014 18:28:00      Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
8196969       +EDI: CAPITALONE.COM May 14 2014 18:28:00      CAPITAL ONE BANK,    PO BOX 30281,
                SALT LAKE CITY, UTAH 84130-0281
8196970       +EDI: CHASE.COM May 14 2014 18:28:00      CHASE CARD SERVICES,    PO BOX 15298,
                WILMINGTON, DE 19850-5298
8196985       +EDI: ICSYSTEM.COM May 14 2014 18:28:00      I C SYSTEM INC,    PO BOX 64378,
                SAINT PAUL, MN 55164-0378
8196991       +EDI: NAVIENTFKASMSERV.COM May 14 2014 18:28:00      SALLIE MAE,    PO BOX 9500,
                WILKES-BARRE, PA 18773-9500
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8196975*      +EASTERN ACCOUNT SYSTEM, INC.,    75 GLEN RD SUITE 110,    SANDY HOOK, CT 06482-1175
8196976*      +EASTERN ACCOUNT SYSTEM, INC.,    75 GLEN RD SUITE 110,    SANDY HOOK, CT 06482-1175
8196979*      +HARTFORD HOSPITAL,    PO BOX 416193,   BOSTON, MA 02241-6193
8196980*      +HARTFORD HOSPITAL,    PO BOX 416193,   BOSTON, MA 02241-6193
8196989*      +NATIONAL RECOVERY AGENCY,    2491 PAXTON STREET,    HARRISBURG, PA 17111-1036
8196992*      +SALLIE MAE,    PO BOX 9500,   WILKES-BARRE, PA 18773-9500
8196993*      +SALLIE MAE,    PO BOX 9500,   WILKES-BARRE, PA 18773-9500
8196994*      +SALLIE MAE,    PO BOX 9500,   WILKES-BARRE, PA 18773-9500
8196995*      +SALLIE MAE,    PO BOX 9500,   WILKES-BARRE, PA 18773-9500
8196996*      +SALLIE MAE,    PO BOX 9500,   WILKES-BARRE, PA 18773-9500
8196997*      +SALLIE MAE,    PO BOX 9500,   WILKES-BARRE, PA 18773-9500
8196998*      +SALLIE MAE,    PO BOX 9500,   WILKES-BARRE, PA 18773-9500
8196987      ##+MERCANTILE ADJUSTMENT BUREAU,    6390 MAIN STREETS-160,    WILLIAMSVILLE, NY 14221-5857
                                                                               TOTALS: 0, * 12, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2014                              Signature:  /s/Joseph Speetjens

```
District/off: 0205-2          User: admin            Page 2 of 2              Date Rcvd: May 14, 2014
                              Form ID: B18           Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2014 at the address(es) listed below:
              Thomas C. Boscarino     tboscarino@bgtlaw.com, CT20@ecfcbis.com
              U. S. Trustee    USTPRegion02.NH.ECF@USDOJ.GOV
              William C. Rivera    on behalf of Debtor Carmen Y. Navarro wrivera349bk@aol.com
              William C. Rivera    on behalf of Debtor Jose L. Navarro wrivera349bk@aol.com
                                                                                          TOTAL: 4
```

B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

District of Connecticut
**Case No. 14–20216**
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jose L. Navarro | Carmen Y. Navarro |
| 29 King Street | 29 King Street |
| Hartford, CT 06114 | Hartford, CT 06114 |

Social Security / Individual Taxpayer ID No.:
xxx−xx−3376                                                                xxx−xx−6359

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 5/14/14                                                        Albert S. Dabrowski
                                                                      United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**